UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LOUIS MBANWI ACHA** | **CIVIL ACTION NO. 20-1696** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHAD WOLF** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED Petitioner Louis Mbanwi Acha's Rehabilitation Act claims, conditions-of-confinement claims, and medical care claims are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's claim of prolonged detention is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-urge the claim if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not likely in the reasonably foreseeable future.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's motion for temporary restraining order, [doc. # 3], is **DENIED**.

MONROE, LOUISIANA, this 12th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE